1  Ryan Lee, Esq. (SBN 024846)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA  90025
3  T: (323) 988-2400; F: (866) 802-0021
   rlee@consumerlawcenter.com
4  Attorney for Plaintiff
   DEBRA HANSEN

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| DEBRA HANSEN, ) | **Case No.:** 2:09-cv-01705-FJM |
| ) | |
| Plaintiff, ) | |
| ) | **NOTICE OF SETTLEMENT** |
| vs. ) | |
| ) | |
| LEADING EDGE RECOVERY ) | |
| SOLUTIONS, ) | |
| ) | |
| Defendant. ) | |

NOW COMES the Plaintiff, DEBRA HANSEN, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

                                      Respectfully Submitted,

DATED: November 12, 2008       KROHN & MOSS, LTD.


                                 By: <u>/s/ Ryan Lee</u>

                                    Ryan Lee
                                    Attorney for Plaintiff