IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Debra Hansen, ) | CV-09-1705-PHX-FJM |
| ) | |
| Plaintiff(s), ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Leading Edge Recovery Solutions, ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

A notice of settlement having been filed, IT IS ORDERED that this matter will be dismissed with prejudice within 30 days of the docketing of this order unless the parties file a stipulation to dismiss prior to that date. All pending hearings and motions are deemed moot.

DATED this 13th day of November, 2009.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge