1  Ryan Lee, Esq. (SBN 024846)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA  90025
3  T: (323) 988-2400; F: (866) 802-0021
   rlee@consumerlawcenter.com
4  Attorney for Plaintiff
5  DEBRA HANSEN

6  **UNITED STATES DISTRICT COURT,**
   **DISTRICT OF ARIZONA**
7

8  DEBRA HANSEN,                         )   **Case No.: 2:09-cv-01705-FJM**
                                          )
9          Plaintiff,                     )
                                          )
10     vs.                                )   **VOLUNTARY DISMISSAL**
                                          )
11 LEADING EDGE RECOVERY                  )
   SOLUTIONS,                             )
12                                        )
                                          )
13         Defendant.                     )
                                          )
14 _____)

15          **VOLUNTARY DISMISSAL WITH PREJUDICE**

16     Plaintiff, DEBRA HANSEN, by and through her attorneys, KROHN & MOSS, LTD.,

17 hereby voluntarily dismisses the above-entitled case with prejudice.

18

19

20 Dated: November 25, 2009                    KROHN & MOSS, LTD.
21

22                                             By:/s/ Ryan Lee

23                                             Ryan Lee

24                                             Attorneys for Plaintiff,
                                                 DEBRA HANSEN
25